UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   SENAD PASIC

Debtor.
_____/

Case No. 20-00888
Chapter 13
Judge DALES

### FIRST PRE-CONFIRMATION PLAN AMENDMENT

**NOW COMES** the Debtor by and through his counsel and hereby proposes the first pre-confirmation plan amendment.

1. Debtor filed his original Chapter 13 Plan on March 2, 2020 [Dkt. No. 2].
2. The original plan proposed a plan payment of $560.00 per month. This plan amendment seeks to decrease the plan payment to $250 per month.
3. The original plan proposed to assume the executory contacts and unexpired leases with Sweet Express, LLC, GM Expedite LLC, and TSK Express. This plan amendment seeks to reject executory contacts and unexpired leases with the aforementioned creditors.
4. The original plan proposed direct payment by Debtor on a number of secured loans for trailers. This amendment seeks to surrender all trailers to the applicable creditors.
5. The original plan proposed a base to the general unsecured creditor class in the amount of $20,000.00. This plan amendment seeks to lower the proposed base to $4,500.00.
6. The following are the provisions that differ from the original plan:

### II. FUNDING

**A. PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $ **250.00** per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☒ month for the minimum of the ACP, subject to changes as set forth in paragraph II.B or II.C, below, or until further order of the Court.

**B.** ☐ **FUTURE PLAN PAYMENT INCREASES.**
The Debtor(s) shall increase payments by $ _____ per week, bi-weekly, semi-monthly, monthly effective _____ due to _____.

The Debtor(s) shall increase payments by $ _____ per week, bi-weekly, semi-monthly, monthly effective _____ due to _____.

### III. DISBURSEMENTS

**C. SECURED CLAIMS.**

**4. Collateral to Be Surrendered/Executory Contracts to Be Rejected:** The property listed below is surrendered to the creditor, and the executory contracts/unexpired leases are rejected:

| Creditor | Property/Contract Description |
|---|---|
| BMO Harris Bank NA | 2018 Wabash trailer<br>VIN ending in 0184 |
| BMO Harris Bank NA | 2019 Wabash trailer<br>VIN ending in 2430 |
| BMO Harris Bank NA | 2019 Wabash trailer<br>VIN ending in 2431 |
| BMO Harris Bank NA | 2018 Wabash trailer<br>VIN ending in 0196 |
| Chemical Bank | 2019 Chevrolet Silverado |
| ENGS Commercial Finance Co. | 2018 Volvo VNL64T Tractor |
| GM Expedite LLC (payor leasing collateral from Debtor) | 2019 Wabash trailer, VIN ending in 2430<br>Month-to-month lease |
| Sweet Express, LLC | 2019 Hyundai trailer<br>VIN ending in 7040 |
| Sweet Express, LLC | 2019 Hyundai trailer<br>VIN ending in 7031 |
| TSK Express (payor leasing collateral from Debtor) | (1) 2018 Wabash trailer VIN ending in 0196<br>(2) 2018 Wabash trailer VIN ending in 0184<br>(3) 2019 Wabash trailer VIN ending in 2431<br>(4) 2019 Wabash trailer VIN ending in 0135<br>(5) 2019 Wabash trailer VIN ending in 0136<br>(6) 2019 Hyundai VIN ending in 7040; and<br>(7) 2019 Hyundai VIN ending in 7031.<br><br>Month-month lease |
| Wabash National Financial Serv | 2019 Wabash trailer<br>VIN ending in 0135 |
| Wabash National Financial Serv | 2019 Wabash trailer<br>VIN ending in 0136 |

The automatic stay shall be terminated upon entry of the confirmation order and any deficiency claim or claim arising from rejection shall be treated as a general unsecured claim, subject to paragraph IV.G. Any co-debtor stay shall also be terminated upon entry of the confirmation order, absent a clear statement to the contrary in paragraph IV.R.

**D. ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** The following executory contracts and/or unexpired leases, including land contract(s), are assumed:

| Non-Debtor Party's Address & Account No. (indicate payee or payor) | Property Description | Monthly Payment Amount | No. of Months Remaining | Cure Amount |
|---|---|---|---|---|
| GM Expedite LLC (payor) | 2016 Volvo 780 | Debtor receives $2,300.00 per month | month-to-month | 0.00 |

**E. DIRECT PAYMENT BY THE DEBTOR(S) OF THE FOLLOWING DEBTS.** All claims shall be paid by the Trustee unless listed herein:

| Creditor, Address & Account No. | Collateral/Obligation | Balance Owing | Interest Rate |
|---|---|---|---|
| BMO Harris Bank NA, PO Box 71951, Chicago, IL 60694-1951, *4321 | 2016 Volvo 780<br>$2,327.88 per month | 54,143.29 | 18% |
| Chemical Bank, PO Box 1527, Midland, MI 48641 | Residence: 4664 Springmont Dr. SE, Kentwood, MI 49512<br>$1,384.46 per month | 122,450.90 | 3.875% |
| Nissan Motor Acceptance Corp., PO Box 740849, Cincinnati, OH 45274, *30001 | 2017 Nissan Murano<br>$627.98 per month | 26,318.98 | 0.00% |
| Mercedes-Benz Financial Service, PO Box 5209, Carol Stream, 60197-5209, *6001 | 2015 Mercedes-Benz C300 paid by debtor's son<br>$576.76 per month | 14,455.38 | 1.99% |
| Nissan Motor Acceptance Corp., PO Box 740849, Cincinnati, OH 45274, *50001 | 2014 Nissan Maxima paid by debtor's son<br>$300.66 per month | 4,417.46 | 5.31% |
| ENGS Commercial Finance Co., One Pierce Place, Suite 1100 W, Itasca, IL 60143 | 2011 Volvo 780<br>$1,049.00 per month | 19,232.95 | 8.46 |

**F. UNSECURED CREDITORS.**

**General Unsecured Creditors:** Claims in this class are paid from funds available after payment to all other classes. The allowed claims of general unsecured creditors will be satisfied by:

☐ Payment of a dividend of 100%, plus present value of _____% interest, if necessary to satisfy 11 U.S.C. § 1325(a)(4), **OR**

☒ Payment of a pro-rata share of a fixed amount of $**4,500.00** or payment from all disposable income to be received by the Debtor(s) in the ACP, whichever pays more. This fixed amount shall be reduced by additional administrative expenses including attorney fees approved under 11 U.S.C. § 330(a). However, this fixed amount shall not be reduced below the liquidation value specified in paragraph I.B.2

Date: **May 15, 2020**    /s/ Senad Pasic _____, Debtor
                                         **Senad Pasic**

Date: **May 15, 2020**    /s/ Ryan Beach _____, Counsel for the Debtor(s)
                                         **Ryan F. Beach (P71022)**
                                         **The Law Offices of Ryan F. Beach, PLLC**
                                         **1550 E. Beltline Ave. SE, Suite 300**
                                         **Grand Rapids, MI 49506**
                                         **(616) 389-0629**
                                         **rfbeachlaw@gmail.com**