**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:    SENAD PASIC                                                                                   Case No. 20-00888
                                                                                                                        Chapter 13
                                                                                                                        Judge DALES

             Debtor.
_____/

**SECOND PRE-CONFIRMATION PLAN AMENDMENT**

**NOW COMES** the Debtor by and through his counsel and hereby proposes the second pre-confirmation plan amendment.

1. Debtor filed his original Chapter 13 Plan on March 2, 2020 [Dkt. No. 2].
2. Debtor filed his first pre-confirmation plan amendment on May 26, 2020 [Dkt. No. 31].
3. Debtor is filing his second pre-confirmation plan amendment for the sole purpose of including a step-payment increase to take effect upon the payoff of the auto loan for the 2017 Nissan Murano.
4. The following are the provisions that differ from the original plan:

**II. FUNDING**

**A. PLAN PAYMENT**  The Debtor(s) shall make payments in the amount of $ **250.00** per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☒ month for the minimum of the ACP, subject to changes as set forth in paragraph II.B or II.C, below, or until further order of the Court.

**B. ☒ FUTURE PLAN PAYMENT INCREASES.**
The Debtor(s) shall increase payments by $ **627.98** per week, bi-weekly, semi-monthly, **[X] monthly** effective **07/01/2023** due to **Payoff of Nissan Motor Acceptance Corporation auto loan secured by 2017 Nissan Murano**.

The Debtor(s) shall increase payments by $ _____ per week, bi-weekly, semi-monthly, monthly effective _____ due to _____.

Date: **June 9, 2020**        **/s/ Senad Pasic**
                                              **Senad Pasic**                                                                    , Debtor

Date: **June 9, 2020**        **/s/ Ryan Beach**
                                              **Ryan F. Beach (P71022)**                                              , Counsel for the Debtor(s)
                                              **The Law Offices of Ryan F. Beach, PLLC**
                                              **1550 E. Beltline Ave. SE, Suite 300**
                                              **Grand Rapids, MI 49506**
                                              **(616) 389-0629**
                                              **rfbeachlaw@gmail.com**